IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-0742-RPM

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,

v.

TED J. KLUGE,
JENNIFER HAGEBUSCH,
RUSSEL JAMES,
DAVID JAMES,
JEREMY JAMES,
JOE JAMES,
RON KLUGE,
FRED KLUGE,

    Defendants.

_____

## ORDER
_____

Pursuant to the Notice of Dismissal [4], filed on August 23, 2010, it is

ORDERED that defendants Ted Kluge, Ron Kluge, and Fred Kluge are dismissed without prejudice, each party to pay their own attorney fees and costs.

DATED: August 24th, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge