IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-0742-RPM

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,

v.

JENNIFER HAGEBUSCH,
RUSSEL JAMES,
DAVID JAMES,
JEREMY JAMES,
JOE JAMES,

    Defendants.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE
---

After review of plaintiff State Farm Mutual Automobile Insurance Company's Response to Show Cause Order [7], filed September 7, 2010, it is

ORDERED that the Order to Show Cause entered August 25th, 2010 [6] is discharged.

DATED: September 7th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge